FILED
June 05, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Javier Martinez\_\_\_\_
DEPUTY

Civil Action No. EP-23-CV-0145

| | | |
|---|---|---|
| **Yazmin Gonzalez** | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE WESTERN DISTRICT OF TEXAS |
| | § | |
| **Keller Postman LLC, an Illinois Limited Liability Company** | § | |
| Defendant. | § | EL PASO DIVISION |

## DECLARATION OF SERVICE

"The following came to hand on **Apr 10, 2023, at 3:18 pm:**

Summons in a Civil Action and the Complaint

and was executed at **1815 W 38th St, Austin TX 78731,** within the county of **Travis** at **10:28 am** on **Sat, May 13, 2023,** by delivering a true copy to the within named

ZINA BASH

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **John D Lawrence**, my date of birth is **12/29/1973**, and my address is **4804 Edge Creek Dr, Austin TX 78744**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **May 16, 2023**.

_____
John D Lawrence
PSC-15777
Certification Expiration: 1/31/2025