### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ, | ) CASE NO. 3:23-cv-00145-DCG |
| Plaintiff, | ) JUDGE DAVID C. GUADERRAMA |
| vs. | ) |
| KELLER POSTMAN, LLC, | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Yazmin Gonzalez and Defendant Keller Postman, LLC have reached a resolution as to all matters in this case. Plaintiff will file a request for dismissal with prejudice within fourteen (14) days of this filing.

Dated:  June 5, 2023                               Respectfully submitted,

/s/ Yazmin Gonzalez                                /s/ David M. Krueger
Yazmin Gonzalez                                    David M. Krueger (0085072)
14205 Charles Pollock                              Benesch, Friedlander, Coplan & Aronoff LLP
El Paso, Texas 79938                               200 Public Square, Suite 2300
Telephone:  915.820.1859                           Cleveland, Ohio 44114-2378
Email:  yazminsoto580@gmail.com                    Telephone:  216.363.4500
                                                   Email:  dkrueger@beneschlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this matter. I also certify that I have served a copy of the foregoing by electronic mail on the following party as follows:

>Plaintiff Yazmin Gonzalez
>Email: yazminsoto580@gmail.com

>*/s/ David M. Krueger*
>David M. Krueger
>*One of Defendant's Attorneys*

22857161 v1