# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **YAZMIN GONZALEZ**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-23-CV-00145-DCG |
| **KELLER POSTMAN LLC**, | § § § | |
| *Defendant*. | § § | |

## ORDER DISMISSING CASE

Plaintiff Yazmin Gonzalez and Defendant Keller Postman, LLC have filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stipulation Dismissal, ECF No. 7. Accordingly, the Court **DISMISSES** all claims asserted by Plaintiff Yazmin Gonzalez in this action against Defendant Keller Postman, LLC **WITH PREJUDICE**. Each party shall bear its own fees and costs.

The Court **CLOSES** this case.

**So ORDERED and SIGNED this 15th day of June 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE